154 A.3d 673

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. TROY A. WHYE (A/K/A TROY BAKER, TYRONE BAKER, JONATHEN RUSSELL, JONATHEN R. RUSSELL, JONATHAN RUSSELL, TROY WHSE, TROY WHYE), DEFENDANT-RESPONDENT.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005107-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 673

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KEVIN A. ROBBINS, DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005066-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.